No. 93–1143. GOLLOMP ET AL. *v.* TRUMP ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–1146. SKIPPER, INDIVIDUALLY AND AS TEMPORARY ADMINISTRATRIX OF THE ESTATE OF BLUEFORD, DECEASED *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–1147. BELL *v.* CONTINENTAL BANK, N. A., FKA CONTINENTAL ILLINOIS NATIONAL BANK & TRUST COMPANY OF CHICAGO. C. A. 10th Cir. Certiorari denied.

No. 93–1160. MICHAELS ET UX., INDIVIDUALLY AND AS NEXT FRIENDS OF MICHAELS ET AL. *v.* PRODIGY CHILD DEVELOPMENT CENTERS, INC. Sup. Ct. Ga. Certiorari denied.

No. 93–1161. IVIMEY ET AL. *v.* AMERICAN BANK OF CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 93–1164. LAPAGE ET AL. *v.* DI COSTANZO ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 93–1169. KING *v.* ABRAMS ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–1195. EVANS-SMITH *v.* TAYLOR, WARDEN. Cir. Ct. Loudoun County, Va. Certiorari denied.

No. 93–1206. BEXAR COUNTY APPRAISAL REVIEW BOARD ET AL. *v.* FIRST BAPTIST CHURCH OF SAN ANTONIO ET AL. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 93–1233. SARIN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–6537. LAWRENCE *v.* UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–6563. DOBLES *v.* SAN DIEGO DEPARTMENT OF SOCIAL SERVICES. Sup. Ct. Cal. Certiorari denied.